



# MEMORANDUM OPINION

No. 04-09-00691-CV

Tracy **KING**,
Appellant

v.

Narciso **RUIZ**, et al.,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 08-12-11890-ZCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

DISMISSED

Delivered and Filed: May 12, 2010

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM